IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

| | |
|---|---|
| Lakeshia Butler, as Personal Representative of the Estate of Lason Butler,<br><br>    Plaintiff,<br><br>v.<br><br>Richland County; Shane Kitchen, in his individual and official capacities; Maurice Callahan, in his individual capacity; Lance Coleman, in his individual capacity; Curtis Bufford, in his individual capacity; Kevin McCullough, in his individual capacity; and Felipe Milhouse in his individual capacity,<br><br>    Defendants, | C/A No. 8:22-cv-02541-RMG-JDA<br><br><br>**RULE 26(f) REPORT ON BEHALF OF DEFENDANTS RICHLAND COUNTY, KITCHEN, CALLAHAN, COLEMAN, BUFFORD, MCCULLOUGH & MILHOUSE** |

  The undersigned counsel, having consulted with counsel for the Plaintiff, pursuant to Rule 26(f), Fed. R. Civ. P., hereby report as follows (check one below):

_____ We agree that the schedule set forth in the Conference and Scheduling Order filed <u>October 19, 2022</u> is appropriate for this case. **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

_____ We agree that the schedule set forth in the Conference and Scheduling Order filed <u>October 19, 2022</u> requires modification as set forth in the proposed Consent Amended Scheduling Order which will be e-mailed to chambers as required (use format of the Court's standard scheduling order). **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be jointly filed by the parties.**

\_\_\_**X**\_\_\_ We are unable, after consultation, to agree on a schedule for this case. We, therefore, request a scheduling conference with the Court. **The parties' proposed discovery plan as required by 26(f) Fed. R. Civ. P., with disagreements noted, and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

*[Signature block on following page]*

1

Respectfully submitted,

*s/ Robert D. Garfield*
Robert D. Garfield, Fed. ID 7799
Steven R. Spreeuwers, Fed. ID 11766
Danny C. Crowe, Fed. ID 367
CROWE LAFAVE GARFIELD & BAGLEY, LLC
2019 Park Street
Columbia, South Carolina 29201
803.999.1225
robert@crowelafave.com
steve@crowelafave.com
danny@crowelafave.com

*Counsel for Defendants*

Columbia, South Carolina
November 28, 2022